IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

```
UNITED STATES OF AMERICA,     ) CASE NO.  1:21-mj-00130 BAM
                              )
              Plaintiff,      ) ORDER ON MOTION TO UNSEAL
                              ) REDACTEED INDICTMENT
     v.                       )
                              )
                              )
JUAN CAMILO GALVIS MONTEJO,   )
                              )
              Defendant.      )
                              )
```

The attached redacted indictment in this case having been sealed by order of the United States District Court for the Northern District of Texas and it appearing that such redacted indictment no longer needs to remain sealed based on the government's motion,

IT IS HEREBY ORDERED that the redacted indictment be unsealed and made public record.

IT IS SO ORDERED.

Dated: __**December 8, 2021**__        /s/ *Barbara A. McAuliffe*
                                       UNITED STATES MAGISTRATE JUDGE

1